# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEON TURNER, JR., | Case No. 1:18-cv-00930-DAD-EPG (PC) |
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | (ECF NO. 10) |
| R. WOOD, et al., | |
| Defendants. | |

On September 28, 2018, Plaintiff filed a notice[1] stating that he voluntarily dismissed this action without prejudice. (ECF No. 10). In light of the dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of Court is DIRECTED to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated: **October 2, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] Although Plaintiff titled his notice of dismissal as a "Notice of Motion of Withdrawal of this Civil Action Without Prejudice," the Court construes this notice as a notice of dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

1